**Affirmed and Memorandum Opinion filed May 24, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-11-00435-CR
NO. 14-11-00436-CR

_____

**JAMES WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court
Harris County, Texas
Trial Court Cause Nos. 1192161 & 1192162**

## MEMORANDUM OPINION

Appellant entered a plea of guilty to the offenses of aggravated robbery with a deadly weapon and aggravated sexual assault, without an agreed recommendation on sentencing. On May 13, 2011, the trial court sentenced appellant in each case to confinement for twenty-five (25) years in the Institutional Division of the Texas Department of Criminal Justice. The sentences were ordered to run concurrently. Appellant filed a timely notice of appeal.

Appellant's appointed counsel filed a brief in which counsel concludes the appeal in each case is wholly frivolous and without merit. The brief meets the requirement of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record in each case and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. (Tex. Crim. App.1991). As of this date, no pro se response has been filed in either case.

We have carefully reviewed the record in each case and counsel's brief and agree the appeals are wholly frivolous and without merit. Further, in both cases we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, in each case the judgment of the trial court is affirmed.

PER CURIAM

Panel consists of Justices Frost, Jamison, and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).